**Exhibit A to the Complaint**

**Location:** Nutley, NJ  
**Total Works Infringed:** 40

**IP Address:** 72.79.29.112  
**ISP:** Verizon Internet Services

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 05A7B52E88CC9418AD100770A8B91C7FCBB1C243 | Blacked Raw | 04/23/2018 15:34:18 | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 2 | 079377E6A5258C4D087E4941E438D31820436B6E | Vixen | 12/18/2017 07:52:24 | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 3 | 07D621EEA74765FC0981567F5C7C895B053E76C3 | Vixen | 06/30/2017 05:00:58 | 06/03/2017 | 07/07/2017 | PA0002070834 |
| 4 | 0ED1618079E29D4BB708465328D67B227B1AA795 | Vixen | 03/26/2018 18:10:06 | 03/10/2018 | 03/15/2018 | 16490992224 |
| 5 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 11/15/2017 18:16:33 | 11/06/2017 | 11/27/2017 | PA0002097974 |
| 6 | 1A032CB38BB2AF87DAF2B239A1A17B6C713EBC26 | Blacked | 08/10/2017 02:30:28 | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 7 | 1C73345689F4362108CA107819CF4E15E359D7A6 | Vixen | 03/26/2018 18:09:59 | 02/13/2018 | 02/17/2018 | 16335134323 |
| 8 | 1D7E521CD7368013A7F1B28494A2AC43D8F99F0E | Vixen | 09/07/2017 19:19:41 | 09/01/2017 | 09/15/2017 | PA0002052845 |
| 9 | 21E262CE5356082B3CDE917564BE91B011CB1EF7 | Blacked Raw | 12/31/2017 04:56:01 | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 10 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | Blacked Raw | 12/31/2017 04:50:33 | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 11 | 2BEB1E31F5F9023367AE9DF89B83D7C7F47589B6 | Blacked Raw | 04/23/2018 15:25:47 | 04/02/2018 | 04/07/2018 | 16490950654 |
| 12 | 2CB43429526775645D5837FE2C63CFFB1B0D2802 | Vixen | 11/15/2017 18:28:29 | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 13 | 2D9075EBB1F26DF17BDDA3A97A44F322D12AFCB4 | Blacked Raw | 01/21/2018 06:19:47 | 01/12/2018 | 01/23/2018 | PA0002101755 |
| 14 | 35FC391D7869DA183CB119D3D676978EC11ADDB9 | Blacked Raw | 12/16/2017 11:37:14 | 12/13/2017 | 01/02/2018 | PA0002097434 |
| 15 | 3C75DF0338469C899BB90D1928DCB245E2B3C2CF | Blacked | 09/07/2017 19:25:14 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 16 | 3E8CE30D6830828F98882F46440E23C0CAE11928 | Blacked | 02/25/2018 05:41:14 | 02/24/2018 | 03/01/2018 | PA0002079184 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC | Blacked Raw | 03/31/2018 22:53:33 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 18 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 11/06/2017 20:09:29 | 08/24/2017 | 09/15/2017 | PA0002052837 |
| 19 | 4B3C7DF81586807F6E0CD282A0187A3DECEAB3EA | Vixen | 07/07/2017 01:24:07 | 07/03/2017 | 07/07/2017 | PA0002070827 |
| 20 | 4CB998506766F8F138B2C5042D4A5355D70B229D | Blacked Raw | 11/15/2017 18:14:06 | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 21 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | Blacked | 09/07/2017 19:35:00 | 08/28/2017 | 09/15/2017 | PA0002052848 |
| 22 | 57D55CF2E1C375BBFAB76A1226219452189BF550 | Blacked Raw | 12/12/2017 03:55:20 | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 23 | 739EB8A76A0350F7CA58F6464551E732BCED35C1 | Blacked Raw | 12/12/2017 03:55:47 | 11/03/2017 | 12/04/2017 | PA0002098024 |
| 24 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 06/30/2017 04:59:16 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 25 | 8380829FBFACEF0EE48B37AF15910E96A5E8329C | Blacked Raw | 12/31/2017 04:58:43 | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 26 | 8519F3BB18D38EB8472CD07987B1BC2224E7EC22 | Vixen | 11/15/2017 18:29:38 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 27 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 09/07/2017 19:20:13 | 08/27/2017 | 09/15/2017 | PA0002052843 |
| 28 | 9721A32E2CBD9B2BF2CB77378E346C80620F83E4 | Vixen | 09/07/2017 19:17:33 | 09/06/2017 | 09/15/2017 | PA0002052844 |
| 29 | A5FA84BEBC5D2C5A5330581452C032D90577EDC1 | Tushy | 08/10/2017 02:37:14 | 08/04/2017 | 08/17/2017 | PA0002077666 |
| 30 | B630489F04C8118DAEF61613C751E2E19BBBB8C8 | Tushy | 01/03/2018 05:08:41 | 01/01/2018 | 01/22/2018 | PA0002101767 |
| 31 | BE3C7E08A25F7E1BAB1ADBA3B168C1BF40ABB688 | Blacked Raw | 12/31/2017 04:57:38 | 12/28/2017 | 01/24/2018 | PA0002101763 |
| 32 | BE8008843ED020768FA42F16F33458E623A3DF2C | Blacked | 11/15/2017 18:18:21 | 11/01/2017 | 11/27/2017 | PA0002098034 |
| 33 | C8C2E5C41A5FD8B5D3E13C55DFEE59A6382FD068 | Blacked | 01/20/2018 20:14:12 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 34 | CF731CD6D9B8E65C00811E3E68B94A2B415B32ED | Tushy | 01/21/2018 06:29:17 | 09/18/2017 | 10/09/2017 | PA0002086139 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 10/23/2017 17:39:43 | 10/12/2017 | 10/19/2017 | PA0002058296 |
| 36 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 10/23/2017 17:37:20 | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 37 | F32C31E4B99A1FD318098B5330FCF39BC3CAA4F3 | Blacked | 03/31/2018 22:57:48 | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 38 | F4D697D4CD5A5F484EB93A61F939FD0A7CC52A1F | Blacked | 07/13/2017 00:27:18 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 39 | F79E9037C1959A36DDE9D3A3C60906BED4EBBAF3 | Blacked | 01/21/2018 05:55:18 | 12/31/2017 | 01/15/2018 | PA0002099700 |
| 40 | FEEFE673FB53B1AD93C77A7A8E14F7153293D653 | Vixen | 03/26/2018 18:08:31 | 11/10/2017 | 12/04/2017 | PA0002097978 |